RHODES PREPARATORY SCHOOL, Respondent, v. WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board, Appellants.

Argued February 25, 1947; decided April 11, 1947.

952

*William E. Grady, Jr.,* and *Philip Feldblum* for appellants.
*John J. Mooney* and *Robert J. Fitzsimmons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.